# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

v.                          **No. 4:17-cr-260-DPM**

**PAO XIONG**                          **DEFENDANT**

## ORDER

The trial in this case is set to begin on Tuesday, 26 June 2018.    The Court will hold a pretrial conference at 11:00 a.m., if needed, and will begin with the venire at 1:00 p.m.    We'll pick the jury, do preliminary instructions, and open Tuesday afternoon.    We'll start the proof Wednesday at 8:30.

**1. Jury Instructions.**    The Court is attaching its current working drafts of (1) the voir dire, (2) the preliminary instructions, and (3) the final instructions, which include the verdict form.    The definition of a prohibited object in draft final instruction 8 is clunky.    Please help the Court smooth it out.

**2. Witnesses and Exhibits.**    The parties must submit their lists of potential witnesses and exhibits to chambers by close of business on Thursday, 21 June 2018.    A binder with courtesy copies of exhibits should be submitted to chambers, too.    Please use the Court's forms for both exhibit and witness lists.    If the parties plan to use electronic exhibits, they should have paper copies available as a fall-back.

**3. Voir Dire.**   The Court will conduct most of the questioning, with follow-up by each side — ten to fifteen minutes at most.   Please focus your questioning.   Voir dire is not a time to explain the law or the burden of proof, to explain what the case is about, to seek commitments, or to pump the potential jurors full of fairness.   Instead, please ask lean questions about potential jurors' experiences and views to ferret out bias.   If the parties would prefer to have the Court ask certain questions, please submit them to chambers for consideration by close of business on Thursday, 21 June 2018.

**4. Openings and Closings.**   Fifteen minutes a side for opening. Twenty minutes a side for closing.

**5. Objections.**   Avoid speaking objections during the trial.   A word or two will do.   If the Court needs to hear more, then the Court will call counsel forward for a bench conference.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

5 June 2018